IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUWLUS A. MUHAMMAD, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-22 Erie |
| VENCENT KANNRINE, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM ORDER**

This petition for writ of habeas corpus was received by the Clerk of Court on February 9, 2007. The case was referred to Chief United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Chief Magistrate Judge's Report and Recommendation [44], filed on January 14, 2009, recommends that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Cresson, where he is incarcerated, and on Respondents. Objections were filed by Petitioner [45] on January 30, 2009, and his supplement [46] and exhibits [47] were filed on February 3, 2009. After de novo review of the petition and documents in the case, together with the Report and Recommendation, Petitioner's objections thereto, and his supplement and exhibits, the following order is entered:

AND NOW, this 3rd day of April, 2009;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus be, and hereby is, DENIED.

IT IS FURTHER ORDERED that no certificate of appealability shall issue for the reasons set forth in the Chief Magistrate Judge's Report and Recommendation.

The Report and Recommendation of Chief Magistrate Judge Baxter, filed on January 14, 2009 [44] is adopted as the opinion of this Court.

        s/     <u>Sean J. McLaughlin</u>
             SEAN J. McLAUGHLIN
             United States District Judge

cm: All parties of record
     Chief U.S. Magistrate Judge Susan Paradise Baxter